FILED

2020 JAN -8 PM 1:10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SHAWN ROBERT WHALIN,<br><br>　　　　Defendant. | SA CR No. SACR20-00006-DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about November 6, 2019, in Orange County, within the Central District of California, defendant SHAWN ROBERT WHALIN knowingly possessed a firearm, namely, a Springfield Armory, model XD, .45 caliber handgun, bearing serial number XD759544, and ammunition, namely, nine rounds of Federal Premium .45 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant WHALIN possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, punishable by a term of imprisonment exceeding one year:

    (1) Burglary of Vehicle—Second Degree, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Orange, Case Number C98430, on or about January 12, 1993;

    (2) Burglary Second Degree—Commercial Structure, in violation of California Penal Code Sections 459-460(b), and Possessing, Receiving, or Uttering Forged Paper, in violation of California Penal Code Section 475(a), in the Superior Court for the State of California, County of Orange, Case Number 03CF1034, on or about November 7, 2003; and

    (3) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Orange, Case Number 09CF1437, on or about July 29, 2009.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in the sole count of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

1. One Springfield Armory, model XD, .45 caliber handgun, bearing serial number XD759544;

2. Nine rounds of Federal Premium .45 caliber ammunition; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

3

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                      A TRUE BILL

                                      _____
                                      Foreperson

NICOLA T. HANNA
United States Attorney

*/s/ Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Santa Ana Branch Office