**JOSEF SADAT (282485)**
**9595 WILSHIRE BLVD., SUITE 900**
**BEVERLY HILLS, CA 90210**
**OFFICE: (310) 300-8435**
**CELL: (310) 709-6291**
**FAX: (310) 300-8401**
**josadatcriminaldefense@gmail.com**
**Attorney for Defendant,**
**SHAWN ROBERT WHALIN**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. SA CR 20-00006(A)-DOC |
| ) | |
| Plaintiff, ) | **DEFENDANT'S SENTENCING** |
| ) | **RECOMMENDATIONS** |
| vs. ) | |
| ) | **DATE: APRIL 26, 2022** |
| SHAWN ROBERT WHALIN, ) | **TIME: 2:00PM** |
| ) | **COURTROOM: 10A** |
| ) | |
| Defendant. ) | |
| ) | |

**TO THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE AND TO ASSISTANT UNITED STATES ATTORNEY GREGORY S. SCALLY:**

Defendant, SHAWN ROBERT WHALIN, through his counsel of record, Josef Sadat, Esq., hereby submits his Sentencing Position. This submission will be based on the enclosed memorandum of points and authorities and Exhibits, the files and records in this case, together with whatever additional oral, written and/or documentary evidence and/or argument as may be presented at the Sentencing Hearing.

//

//

-1-

| | |
|---|---|
| Dated: April 25, 2022 | Respectfully submitted, |
| | By:  /s/ Josef Sadat |
| | JOSEF SADAT |
| | Attorney for Defendant, |
| | SHAWN ROBERT WHALIN |

## *MEMORANDUM OF POINTS AND AUTHORITES*

  Defense counsel concurs in both the government and USPO's calculations in this case. In ten years of practicing law, defense counsel has never seen a better written Presentence Investigation Report than that done in this case by United States Probation Officer, Michelle Wang. Ms. Wang's report truly captures the essence of the appropriate departure(s) and/or 18 U.S.C. Sec. 3553 factors that would warrant a sentence below the applicable sentencing guideline range, especially in an era marked by progressive Supreme Court decisions such as United States v. Booker, 543 U.S. 220 (2005) and Gall v. United States, 552 U.S. 38 (2007). It appears that all parties agree as to how Mr. Whalin should be viewed/treated in the above-captioned matter, particularly given the grotesque childhood trauma he endured, which subsequently led to his mental health and substance abuse issues. Defense counsel elects not to waste the Court's time in re-iterating facts and/or arguments already fully documented in the previous filings in this case.  For the above-mentioned reasons as well as such further evidence and argument as the Court may permit to be presented at the Sentencing Hearing in this matter upon inquiry, Defense counsel accepts the calculations and arguments presented by the Government/United Sates Probation Office.

Dated: April 25, 2022               Respectfully Submitted,

                 By:   /s/ Josef Sadat
                    JOSEF SADAT
                    Attorney for Defendant,
                    SHAWN ROBERT WHALIN