# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Karlen Dubon, Deputy Clerk        Date: May 24, 2023

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Shawn Robert Whalin | 8:20-CR-00006-DOC-1 | 79137-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* JOSEF SADAT |
|---|---|
|  | TELEPHONE NO.: 310-709-6291 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on 06/01/2023 at 7:30 AM. A citation will be issued to the offender

Interpreter Needed?  ☐ Yes   ☒ No        Language Type: _____

CHRISTINA LE, 714-338-2916                    JARROD KENNELLY, 714-338-2905
U. S. PROBATION OFFICER                       SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:* Orig. To Clerk's Office     *Copies to:* U. S. Attorney (Chief, Criminal Division)
                                                              Federal Public Defender (Chief Deputy)

---

## FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable David O. Carter, United States District Judge on __6/1/2023__ at __7:30__ a.m./p.m. in Courtroom No. __10A__.

CLERK, U. S. DISTRICT COURT

Date  05/25/2023                                By  Karlen Dubon, Deputy Clerk

*Routing on Notice by Clerk:*  Original - Court File  ☑
                               cc: U. S. Probation & Pretrial Services Office  ☑
                                   U. S. Attorney, Attn: Chief, Criminal Division  ☑
                                   Defense Attorney  ☑
                                   Federal Public Defender, Attn: Chief Deputy  ☑
                                   U. S. Marshal (Warrant Cases only)  ☑
                                   Interpreter Section, Clerk's Office (When needed)  ☐

SUP 216
1/10/07